United States Magistrate Court
Southern District of Texas
FiLED

OCT 0 7 2008

Michael N. Milby, Clerk
Laredo Division

AAF

AO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

## DISTRICT OF

UNITED STATES OF AMERICA
V.
Robert Rodriguez

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: *L-08mj2004*

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about ___10/5/2008___ in ___Webb___ County, in the ___Southern___ District of ___Texas___ defendant(s) did,

*(Track Statutory Language of Offense)*

knowingly escape from custody from an institution in which he was confined to by the United States Bureau of Prison, to wit: Dismas Charities of Laredo, 6752 Gilbert Road, Laredo, Texas 78041, by virtue of a judgement and commitment of the U.S. District Court for the Southern District of Texas upon conviction for the commission of felon in possession of ammunition.

in violation of Title __18__ United States Code, Section(s) __751(a)__ .

I further state that I am a(n) __Deputy United States Marshal__ and that this complaint is based on the following facts:

Robert Rodriguez, USMS# 11138-179, was sentenced on July 8, 2005, in cause number 2:05cr117, to the custody of the Bureau of Prisons for a term of 37 months.  On the same date Rodriguez's term of Supervised Release for 5:01cr1315 was revoked and he was sentenced to the custody of the BOP for a term of 18 months to run concurrent to the 37 months for a total of 55 months.  On October 4, 2008 Rodriguez signed out of Dismas Charities at 1703 hours with a return curfew time of October 5, 2008 at 0800 hours.  Rodriguez did not return.  A check of the local jails and hospitals have been conducted with negative results.  All efforts to locate Rodriguez have been unsuccessful.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☑ No

_____
Signature of Complainant

Mark McPherson
Printed Name of Complainant

Sworn to before me and signed in my presence,

__Oct. 7, 2008 , 11:15 a.m.__          at     __Laredo__          __Texas__
Date                                                          City                        State

__Adriana Arce-Flores__     __U.S. Magistrate__
Name of Judge            Title of Judge

_____
Signature of Judge