UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED
OCT 0 8 2008
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CR NO. L-08-mj-2004 |
| Robert Rodriguez | § | |

### ORDER OF COMMITMENT

The above-named Defendant was initialed in the Southern District of Texas, Corpus Christi Division, on **October 8, 2008**, upon the Criminal Complaint charging a violation of **18 USC 751(a)**.

Bail is fixed at: No Bond.

The United States Marshal is commanded to remove the above named defendant forthwith to the District (Laredo) which he is charged and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

SIGNED THIS **8th** DAY OF **October**, 2008.

B. Janice Ellington
UNITED STATES MAGISTRATE JUDGE