## DIANA SALDAÑA,
United States Magistrate Judge, Presiding

U.S. MAGISTRATE COURT
DS – SDTX
*Filed*
OCT 17 2008

Michael N. Milby, Clerk
Laredo Division

| | | |
|---|---|---|
| Deputy Clerk | Irene Sanchez | Open 8:29 AM |
| Court Reporter | Sara Medellin, ERO | |
| Court Interpreter | Not used | Adjourn 8:39 AM |
| U.S. Pretrial | Terry Salazar | |
| U.S. Marshal | David Steinberg | DATE **October 17, 2008** |
| U.S. Probation | Sara Hinojosa | |

### Docket No. L-08-MJ-2004

| | | |
|---|---|---|
| United States of America | § | James Ustynoski, AUSA |
| vs | § | |
| Robert Rodriguez, Defendant | § | Dan Ramirez, AFPD, Dft's Atty |

## Courtroom Minutes
### Initial Appearance

✔ Initial appearance on **[Warrant on Arrest]**.

✔ Dft's first appearance. Dft. Advised of charges and rights.

✔ Dft. advised of charges.
- ☐ Indictment
- ☐ Violation of Pretrial Release
- ☐ Violation of Supervised Release Term
- ☐ Violation of Felony Probation
- ☐ Violation of Misdemeanor Probation
- ✓ Other: **Complaint**

✔ FINANCIAL AFFIDAVIT, executed and filed.

✔ Dft. requests appointed counsel.

✔ Federal Public Defender, appointed.

  Private Attorney, appointed. Next on list:

✔ **No bond set.**

✔ Detention Hearing set before Magistrate Judge Diana Saldaña on 10/24/08 @ 10AM

✔ Preliminary Examination set before Magistrate Judge Diana Saldaña on 10/24/08 @ 10AM

  Dft. advised Court of **medical condition**(s) or need(s):

✔ Dft. **remanded** to the custody of U.S. Marshals.

DS:mi