U.S. MAGISTRATE COURT
DS – SDTX
Filed
OCT 1 7 2008
Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| Roberto Rodriguez | § | Case Number: 5:08-mj-2004 |
| *Defendant* | | |

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for October 24, 2008 @ 10AM, before United States Magistrate Judge DIANA SALDAÑA, at 1300 Victoria, Courtroom 2C, Laredo, Texas 78040.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
DIANA SALDAÑA
United States Magistrate Judge

Date of order: October 17, 2008

CHARGE:   Title 18, United States Code, Section(s) 751