# UNITED STATES DISTRICT COURT

U.S. MAGISTRATE COURT
DS - SDTX
FILED

_____ DISTRICT OF _____

OCT 2 4 2008   IS

Michael N. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA

V.

Robert Rodriguez

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: L08-2004-M

I, **Robert Rodriguez**, charged in a ☑ complaint ☐ petition pending in this District with **Escape** in violation of Title **18**, U.S.C., **751(a)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☑ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_____
Defendant

Oct 24, 2008
Date

_____
Daniel Elizondo
Counsel for Defendant