UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

U.S. MAGISTRATE COURT
DS - SDTX
FILED

OCT 2 4 2008

Michael N. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA,

v.

Robert Rodriguez
*Defendant*

CASE NUMBER: L 08- 2004 - m

### DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING

Defendant, files this response to the Notice of Detention Hearing which was issued by the Court. After further investigation, Defendant wishes at this time to waive his/her right to the detention hearing, subject to his/her right to bring a motion concerning detention at a later date.

_____
DEFENDANT

Oct 24, 2008
DATE

Respectfully submitted,

_____
Daniel Elamu
ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was hand delivered to the Assistant United States Attorney on the 24 day of October, 2008

_____
Daniel Elamu
ATTORNEY FOR DEFENDANT