USA-74-24b
(Rev 6-1-71)

**L-08-1742**

| LAREDO DIVISION | CRIMINAL DOCKET NO. |
|---|---|

FILE: 08-23970  MAG #: L-08-2004M
INDICTMENT                    Filed: OCT 2 8 2008        Judge: _____

UNITED STATES OF AMERICA

ATTORNEYS:
DONALD J. DeGABRIELLE, JR., USA

VS.

SAM SHELDON, AUSA

|  | Appt'd | Private |
|---|---|---|

ROBERT RODRIGUEZ

**CHARGE:**  Ct.1: Escape from custody
(TOTAL)          [18 USC 751(a)]
(COUNTS:)
( 1 )

**PENALTY:**  Not more than 5 Yrs. and/or $250,000.00, $100 Spec Assessment
NOT MORE THAN 3 YRS TERM OF SUPERVISED RELEASE

In Jail:                    NAME & ADDRESS
On Bond:                    of Surety:               **MA**
No Arrest:

**PROCEEDINGS:**