UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION



United States District Court
Southern District of Texas
FILED

DEC 0 2 2008

Michael N. Milby, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CR. NO. L-08-1742 |
| | § | |
| ROBERTO RODRIGUEZ | § | |

### ORDER

Upon consideration of Government's Motion to Dismiss Indictment it is hereby ORDERED that the Indictment in the above-styled and numbered cause as to Defendant **ROBERTO RODRIGUEZ** be DISMISSED in the interest of justice.

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas.

DONE at Laredo, Texas, this 2 of Dec, 2008.

_____
UNITED STATES DISTRICT JUDGE

## \*\* Tx Result \*\*

| No. | 022 |
|---|---|
| Name | MARSHAL'S |
| Mode | S-Fine |
| Start Time | 12/02 05:17pm |
| Time | 0'14" |
| Page | 1 |
| Department | |
| Result | # O K |
| Note | |